1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   IN RE:  STEVEN WAYNE BONILLA          No. 2:24-cv-00876-JAM-CSK

12                                         No. 2:24-cv-00932-JAM-CSK

13                                         No. 2:24-cv-00999-JAM-CSK

14                                         No. 2:24-cv-01000-JAM-CSK

15                                         No. 2:24-cv-01012-JAM-CSK

16                                         No. 2:24-cv-01014-JAM-CSK

17                                         No. 2:24-cv-01016-JAM-CSK

18                                         No. 2:24-cv-01049-JAM-CSK

19                                         No. 2:24-cv-01051 JAM-CSK

20                                         No. 2:24-cv-01053 JAM-CSK

21

22                                         **ORDER**

23

24

25          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

26   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

27   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

28   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

                                            1

Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No. 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the Court for review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, IT IS HEREBY ORDERED that 2:24-cv-00876, 2:24-cv-00932, 2:24-cv-00999, 2:24-cv-01000, 2:24-cv-01012, 2:24-cv-01014, 2:24-cv-01016, 2:24-cv-01049, 2:24-cv-01051 and 2:24-cv-1053 are DISMISSED; the Clerk of the Court is directed to close these cases. No further filings will be accepted.

Dated: April 12, 2024                                     /s/ John A. Mendez
                                                         THE HONORABLE JOHN A. MENDEZ
                                                         SENIOR UNITED STATES DISTRICT JUDGE

2